
FILED
March 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002468565

3

Peter Cianchetta, SBN: 220971
LAW OFFICE OF PETER CIANCHETTA
8830 Elk Grove Blvd.
Elk Grove, California 95624
Ph: (916) 685-7878

Attorney for Debtors:
JIMMIE RAY JONES & RUBY GEAN JONES

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JIMMIE RAY JONES<br><br>RUBY GEAN JONES<br><br>,Debtors | Case No.: 2010-24877-C-7<br><br>Mtn. Ctrl. No. PLC-01<br>Hearing Date: March 22, 2010<br>Time: 9:30 am<br>The Honorable Christopher M. Klein<br>Courtroom: Dept. C, Courtroom 35 |

## MOTION TO COMPEL THE TRUSTEE TO ABANDON

## THE ESTATE'S INTEREST IN REAL PROPERTY

JIMMIE RAY JONES and RUBY GEAN JONES, the Debtors and Petitoners herein, hereby move this Court for an Order Compelling the Trustee to Abandon the Estate's Interest in Real Property. In support of this Motion, the Debtors respectfully represent:

1. The Petitioners are the Debtors in Chapter 7 in the above-captioned bankruptcy case, having filed a petition for relief on March 1, 2010. Michael Kasolas has been duly appointed to serve as the Chapter 7 Trustee on this case.

2. This motion is brought pursuant to 11 U.S.C. §554(b) and (d) and Rule 6007(b) of the Federal Rules of Bankruptcy Procedure.

3. The Schedules filed on this case disclose the Debtors' interest in the real property commonly-known as 9189 Grove Street in Elk Grove, California (hereinafter, the

"ASSET"). The Debtors believe and assert that the reasonable, fair-market value of the ASSET is $283,000.

4. This asserted value is based on the opinion of the Debtors. The Declaration of the Debtors in support of this value is filed concurrently with this Motion and incorporated herein by reference.

5. As shown in Schedule D of the filed case, there is a creditor that holds a security interest in the ASSET. Specifically, Saxon Mortgage holds a secured claim totaling $325,632.00.

6. In summary

| | |
|---|---:|
| Value of ASSET | $283,000.00 |
| Less: Secured lien | $325,632.00 |
| Adjusted Equity | -$42,632.00 |
| Less: Exemption claimed | $1.00 |
| Net Equity | -$42,633.00 |

7. Based on the foregoing and the Declaration filed herewith, the Debtors assert that the value of the estate's interest in the ASSET is $0.00.

8. The Debtors further assert that the ASSET is of inconsequential value and burdensome to the estate.

## RESTATEMENT

WHEREFORE, the Debtors move the Court to order the Abandonment of the Estate's interest in the real property commonly-known as 9189 Grove Street in Elk Grove, California.

## CERTIFICATION

I, Peter Cianchetta, hereby certify under penalty of perjury that I have read the foregoing Motion to Compel the Trustee to Abandon the Estate's Interest in Real Property. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed at Elk Grove, California on March 3, 2010.

Peter Cianchetta
Law Office of Peter Cianchetta